No. 737, Misc. FAGANS *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 746, Misc. WHELCHEL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 747, Misc. PADILLA *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 772, Misc. KERRIGAN *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. John J. Droney, Richard S. Kelley* and *Ruth Abrams* for respondent.

No. 773, Misc. EDGE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 802, Misc. EVANS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *John N. Crudup* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, and *Harold N. Hill, Jr.,* and *Alfred L. Evans, Jr.,* Assistant Attorneys General, for respondent.

No. 145. ROEHNER *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL., *ante,* p. 818;
No. 157. KOLITCH ET AL. *v.* NEW YORK, *ante,* p. 819;
No. 205. MARATHON OIL CO. *v.* HEATH ET AL., *ante,* p. 824;
No. 268. PARTIN *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 829;
No. 349. FORESTER *v.* UNITED STATES, *ante,* p. 837; and
No. 404. VILLAFRANCA ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 840. Petitions for rehearing denied.